IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PUBLIC INTEREST LEGAL
FOUNDATION, INC.,

    Plaintiff,

v.                                                                  Case No. 24-CV-285

MEAGAN WOLFE, in her official
capacity as the Administrator of the
Wisconsin Elections Commission,

    Defendant.

## DEFENDANT MEAGAN WOLFE'S MOTION TO DISMISS

Pursuant to the Federal Rules of Civil Procedure Rule 12(b)(1) & (6), Defendant Meagan Wolfe, through counsel, moves to dismiss the complaint in full and with prejudice. The basis for this motion is provided in a brief being filed simultaneously.

Dated this 6th day of June 2024.

    Respectfully submitted,

    JOSHUA L. KAUL
    Attorney General of Wisconsin

    s/Anthony D. Russomanno
    ANTHONY D. RUSSOMANNO
    Assistant Attorney General
    State Bar #1076050

    BRIAN P. KEENAN
    Assistant Attorney General
    State Bar #1056525

    Attorneys for Defendant

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-2238 ADR
(608) 266-0020 BPK
(608) 294-2907 (Fax)
russomannoad@doj.state.wi.us
keenanbp@doj.state.wi.us

## CERTIFICATE OF SERVICE

    I certify that on June 6, 2024, I electronically filed the foregoing Motion to Dismiss with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

    Dated this 6th day of June 2024.

                                         s/Anthony D. Russomanno
                                         ANTHONY D. RUSSOMANNO
                                         Assistant Attorney General