IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION, INC.,<br><br>                  Plaintiff,<br><br>     v.<br><br>MEAGAN WOLFE, in her official capacity as Administrator of the Wisconsin Elections Commission,<br><br>                  Defendant. | Civil Action No. 24-cv-285-jdp |

## UNITED STATES' NOTICE OF INTERVENTION PURSUANT TO 28 U.S.C. § 2403(a)

Pursuant to 28 U.S.C. § 2403(a) and in response to Plaintiffs' Notice of Constitutional Question, ECF No. 17, the United States hereby respectfully notifies the Court that it exercises its right to intervene in this proceeding to defend the constitutionality of Section 4(b) of the National Voter Registration Act of 1993, 52 U.S.C. § 20503(b). Unless otherwise directed by the Court, the United States expects to submit a brief regarding the constitutionality of Section 4(b) on or before September 16, 2024.

Date: August 26, 2024

| | |
|---|---|
| TIMOTHY M. O'SHEA<br>United States Attorney<br>Western District of Wisconsin | KRISTEN CLARKE<br>Assistant Attorney General<br><br>SPARKLE SOOKNANAN<br>Principal Deputy Assistant Attorney General<br>Civil Rights Division |
| */s/ Barbara L. Oswald*<br>LESLIE K. HERJE<br>BARBARA L. OSWALD<br>Assistant U.S. Attorneys<br>United States Attorney's Office<br>Western District of Wisconsin<br>222 W. Washington Ave, Suite 700<br>Madison, WI 53703<br>Phone: (608) 264-5158<br>barbara.oswald@usdoj.gov | */s/ Rachel R. Evans*<br>R. TAMAR HAGLER<br>RICHARD DELLHEIM<br>RACHEL R. EVANS<br>JUDY J. BAO<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, D.C. 20530<br>Phone: (800) 253-3931<br>Fax: (202) 307-3961<br>rachel.evans@usdoj.gov |

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 26, 2024, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

              */s/ Rachel R. Evans*
              Rachel R. Evans
              Civil Rights Division
              U.S. Department of Justice
              950 Pennsylvania Ave, NW
              Washington, DC 20530
              (202) 598-9924
              rachel.evans@usdoj.gov