United States District Court
Western District of Wisconsin

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.** *Plaintiff,* <br><br> v. <br><br> **MEAGAN WOLFE, in her official capacity as the Administrator of the Wisconsin Elections Commission, and THE UNITED STATES of AMERICA,** <br><br> *Defendants*. | Case No. 3:24-cv-00285-JDP |

## NOTICE OF APPEAL

    The PUBLIC INTEREST LEGAL FOUNDATION, INC. appeals to the United States Court of Appeals for the Seventh Circuit from the OPINION and ORDER entered on November 26, 2024 (ECF 31) and the JUDGMENT entered on November 27, 2024 (ECF 32).

Dated: December 13, 2024.

For the Plaintiff Public Interest Legal Foundation:

        /s/ Noel H. Johnson
Noel H. Johnson* (Wisconsin Bar #1068004)
Kaylan L. Phillips* (Indiana Bar #30405-84)
Public Interest Legal Foundation, Inc.
107 S. West Street, Suite 700
Alexandria, VA 22314
Tel. (703) 745-5870
njohnson@PublicInterestLegal.org
kphillips@PublicInterestLegal.org
* *Admitted pro hac vice*
*Attorneys for Plaintiff Public Interest Legal Foundation*

1

CRAMER MULTHAUF LLP
Attorneys for Plaintiff,

BY: *Electronically signed by Matthew M. Fernholz*
    MATTHEW M. FERNHOLZ
    (State Bar No. 1065765)

CRAMER MULTHAUF LLP
1601 East Racine Avenue • Suite 200
P.O. Box 558
Waukesha, WI 53187-0558
(262) 542-4278
mmf@cmlawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2024, I electronically filed the foregoing using the Court's ECF system, which will serve notice on all parties.

 /s/ Noel H. Johnson
Noel H. Johnson
njohnson@publicinterestlegal.org
*Counsel for Plaintiff*